# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 466 - 7 | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. Owen Pittman | | |

**DOCKET ENTRY TEXT**

Arraignment held. The Court appoints Federal Defender Panel attorney Gareth Morris to represent the Defendant. Defendant informed of his rights. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 08/01/08. Status hearing set for 08/27/08 at 9:15 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 08/27/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The Government and defendant agree on conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|