CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

| UNITED STATES v.s. FREDDIE | FOR | NORTHERN DISTRICT OF ILLINOIS | LOCATION NUMBER |
| JOHNSON, ET AL | AT | EASTERN DIVISION | ► |

PERSON REPRESENTED (Show your full name)
► OWEN PITTMAN

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
08 CR 466

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor
18 U.S.C. Sec. 1343

**FILED**
JUN 2 6 2008
Judge Samuel Der-Yeghiayan
U.S. District Court

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?  ☒ Yes   ☐ No   ☐ Am Self-Employed

Name and address of employer: MDC Development

IF YES, how much do you earn per month? $ 3000.00

IF NO, give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $  N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

| RECEIVED | SOURCES |
| 700 | Janitor service |
| 2900 | rental property |
| 1400 | " " |
| 1600 | |

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 1200.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

Estimated Net Worth $ 93,000

| VALUE | DESCRIPTION | Debt |
| 330,000 | residence | 315,000 |
| 230,000 | rental | 205,000 |
| 325,000 | " | 310,000 |
| 340,000 | " | 15,000 |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
X SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents
3

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
| Real Estate listed above | Mortgages | $ 1,130,000 | $ 7650 |
| loan payment | | $ | $ 400 |
| Child support | | $ | $ 300 |
| Credit Card | | $ 2,000 | $ |
| auto lease (car to be surrendered) | | | $ 1,000 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  6-26-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ► X Owen Pitt