## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CR 466 |
|---|---|
| UNITED STATES v. FREDDIE JOHNSON et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
OWEN PITTMAN

**FILED**

6-26-08

JUN 2 6 2008

Judge Samuel Der-Yeghiayan
U.S. District Court

| | |
|---|---|
| NAME (Type or print) <br> Gareth G. Morris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Gareth Morris Law Offices | |
| STREET ADDRESS <br> 1704 N. Dayton St., Suite 100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3128489 | TELEPHONE NUMBER <br> 312 943-6178  (gareth@core.com) |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☑